**Carl Lee CALLEGARI, Plaintiff–Appellant,**

**v.**

**Steve CAMBRA; et al., Defendants.**

**No. 06–15687.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed March 1, 2007.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Carl Lee Callegari, Soledad, CA, pro se.

Alvin Gittisriboongul, Attorney General's Office for the State of California, Sacramento, CA, for Defendants.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Carl Lee Callegari, a California state prisoner, appeals pro se from the district court's summary judgment in favor of Sandra McDonald, the librarian at Salinas Valley State Prison, in his 42 USC § 1983 action alleging retaliation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Buono v. Norton,* 371 F.3d 543, 545 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Callegari failed to raise a genuine issue of material fact as to whether McDonald filed a rule violation report against him, or denied him access to the law library, based on a retaliatory motive, rather than for a legitimate penological goal. *See Pratt v. Rowland,* 65 F.3d 802, 807–09 (9th Cir.1995).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).